No. 1293, Misc. HUCKABAY v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Frank O. Walther* for petitioner. *Thomas C. Lynch,* Attorney General, *William E. James,* Assistant Attorney General, and *Evelle J. Younger* for the State of California, real party in interest.

No. 1451, Misc. BLACKWELL v. CADY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1452, Misc. BROWN v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1536, Misc. GLANDERS v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1539, Misc. PARSHAY v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 1541, Misc. KERKAI v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied. *Gerald I. Roth* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Paul C. Summit* for respondent.

No. 1608, Misc. HUNTER v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1631, Misc. NEY v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. *Edward J. Saunders* for respondents Pickett et al.

No. 1682, Misc. WILKERSON v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.